5089.

(Court of Appeal, Parish of Orleans).

## THE BARBER ASPHALT PAVING COMPANY vs. JOSEPH V. CALHOUN.

Controversy compromised and appeal dismissed.

Appeal from the Civil District Court, Division "B."

Thilborger & Duffy, for plaintiff and appellant.

F. W. Hart, McCloskey & Benedict, for defendant and appellee.

GODCHAUX, J.—It appearing from a motion filed herein that the controversy between the parties has been compromised and settled to their full satisfaction, it is ordered and decreed that the appeal be and is hereby dismissed.

January 10, 1911.

————o————

5185.

(Court of Appeal, Parish of Orleans).